with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

PATRICK LEE, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Motion to amend undertaking granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

HARRY LEMBERGER, Respondent, v. SAM KANER, KANER'S BAKERY, INC., and PAULINE KANER, Appellants.— Motion for reargument and for a new trial denied. with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARRILLARD BUILDERS, INC., Appellant, v. STEPHANO FERRARO, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

HANNAH FLYNN O'BRIEN, Appellant, v. NORA MADDEN and Others, Respondents. (Appeal No. 2.) — Motion for reargument granted, without costs, and upon reargument order appealed from affirmed, with ten dollars costs and disbursements, without prejudice to plaintiff's right to renew the motion after the proper parties have been substituted in place of the deceased defendant. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MORRIS OXHANDLER, Respondent, v. BERRANS REALTY CO., INC., and JOSEPH BERRAN, Appellants.— Motion for reargument of motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANGELOS PAPPAS, Respondent, v. D. & A. SCLAFANI, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ISAAC PARSHELSKY, Respondent, v. STELLAN HOLDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH TUSCILLO, Appellant.— Motion to vacate and set aside order dated January 10, 1930, denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOSEPH B. RAEBECK, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion to dismiss appeal denied without prejudice to renewal when the appeal is brought on for argument. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MORRIS ROSENBERG, Appellant, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LOUIS J. SALTZMAN, Respondent, v. RAY SALTZMAN, Appellant.— Motion to dismiss appeal denied. Judgment in a separation suit is not a bar to the granting of alimony in a divorce action where the wife would otherwise be entitled thereto. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.